ANDREW M. ROLLINS, Respondent, *v.* THE CO-OPERATIVE BUILDING BANK, Appellant.

*Rollins* v. *Co-operative Building Bank*, 98 App. Div. 606, affirmed.
(Argued January 19, 1906; decided February 13, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 29, 1904, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury and granting a new trial.

*E. G. Bullard* and *George E. Waldo* for appellant.

*J. K. Long* and *Thomas S. Fagan* for respondent.

Order affirmed and judgment absolute ordered against defendant on the stipulation, with costs, on opinion below.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Dissenting: HISCOCK, J.

---

CLAUDE L. TURNER, Respondent, *v.* DEGNON-McLEAN CONTRACTING COMPANY, Appellant.

*Turner* v. *Degnon-McLean Contracting Co.*, 99 App. Div. 135, affirmed.
(Argued January 19, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 4, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Herman Aaron* for appellant.

*Charles Caldwell* for respondent.

Judgment affirmed, with costs, on prevailing opinion below.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.